# Delaware

The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE CERTIFICATE OF MERGER WHICH MERGES:*

*"AMAZON.COM LLC", A DELAWARE LIMITED LIABILITY COMPANY,*

*WITH AND INTO "AMAZON FULFILLMENT SERVICES, INC." UNDER THE NAME OF "AMAZON FULFILLMENT SERVICES, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SIXTH DAY OF DECEMBER, A.D. 2017, AT 8:13 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION SHALL BE GOVERNED BY THE LAWS OF THE STATE OF DELAWARE.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE FIRST DAY OF JANUARY, A.D. 2018 AT 3:03 O'CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT UPON FILING OF THE AFORESAID , THE EXISTENCE OF "AMAZON.COM LLC" WAS TERMINATED.*

Jeffrey W. Bullock, Secretary of State

3082244 8330
SR# 20180690217

Authentication: 202083678
Date: 02-02-18

# Delaware

The First State



*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "AMAZON.COM LLC" WAS FORMED ON THE ELEVENTH DAY OF AUGUST, A.D. 1999.*

Jeffrey W. Bullock, Secretary of State

3082244 8330
SR# 20180690217

Authentication: 202083678
Date: 02-02-18